518 A.2d 807

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**James BORTNER.**

Supreme Court of Pennsylvania.

Dec. 18, 1986.

Petition for Allowance of Appeal GRANTED, No. 153 E.D. Appeal Docket 1986.